**Order entered April 8, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00823-CR

### WILLIE MAURICE HERVEY, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 89th District Court**
**Wichita County, Texas**
**Trial Court Cause No. 57,785-C**

## ORDER

This case was submitted on February 20, 2019.

On March 28, 2019, appellant Willie Hervey Jr., filed a pro se "Motion for Extension of Time to File Supplemental/Amended Appellant's Brief." Appellant stated in this motion that "the appellate attorneys' representation was terminated sometime before the Appellees Brief was due in 9-6-18. Therefore, the Appellees were not supposed to submit their brief until, Appellant, could have retained counsel, and the previous attorneys' brief could have been withdrawn." Appellant seeks a 90 day extension to supplement/amend his previous brief. Appellant does not state in his motion whether he intends to hire new counsel or file a supplemental/amended brief pro se.

A brief was filed for appellant in this Court on June 6, 2018, by attorney Niles Illich. The State filed a response brief on September 6, 2018. Mr. Illich filed a reply brief for appellant on September 19, 2018.

No motion to substitute appellant's counsel has been filed in this Court, nor has this Court received a motion for appellant's counsel to withdraw. TEX. R. APP. P. 6.5. And because appellant is represented by counsel, he is not entitled to hybrid representation. *See Miniel v. State*, 831 S.W.2d 310, 313 n.1 (Tex. Crim. App. 1992). Accordingly, appellant's motion is **DENIED**.

We **DIRECT** the clerk to send copies of this order to appellant and to counsel for all parties.

/s/    LANA MYERS
        PRESIDING JUSTICE